| B 104 | USBC District of New Jersey | | ADVERSARY PROCEEDING NO. (Court Use Only) |
|---|---|---|---|
| | **ADVERSARY PROCEEDING COVER SHEET** | | 07 - 1154 DHS |

**FILED** JAMES J. WALDRON, CLERK  FEB 13 2007  U.S. BANKRUPTCY COURT  NEWARK, N.J.  BY _____

| PLAINTIFFS | DEFENDANTS |
|---|---|
| GEM FINANCIAL SERVICES, INC. & METRO-GEM LEASING & FUNDING CORP. | VINCENT M. BUSCHI, SR., a/k/a VINCENT M. BUSCHI, S&D AUTO WHOLESALERS, INC. & VINCENT M. BUSCHI d/b/a PRISTINE AUTO WHOLESALERS |

| Attorneys (Firm Name, Address, and Telephone No.) | Attorneys (If Known) |
|---|---|
| **PAUL J. SOLDA, ESQ.**  THE EMPIRE STATE BUILDING  350 FIFTH AVENUE, SUITE 4400  NEW YORK, NEW YORK 10118  (212) 967-3393 | DAVID AST, ESQ.  (Atty for Debtor)  222 Ridgedale Ave  PO Box 1309  Morristown, NJ 07962  973.984.1300 |

**PARTY** (Check one box only)   ☐ 1 U.S. Plaintiff   ☐ 2 U.S. Defendant   ☒ 3 U.S. N

**CAUSE OF ACTION** (Write a Brief Statement of Cause of Action, including all U.S. Statutes involved)

BREACH CONTRACT; ACTION TO RECOVER MONIES LOANED; FRAUD; CONVERSION & INJUNCTION

### NATURE OF SUIT
(Check the one most appropriate box only)

- ☒ 454 To Recover Money or Property
- ☐ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property
- ☐ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
- ☐ 424 To object or to revoke a discharge 11 U.S.C. § 727
- ☐ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan
- ☐ 426 To determine the dischargeability of a debt 11 U.S.C. § 523
- ☐ 434 To obtain an injunction or other equitable relief
- ☐ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan
- ☐ 456 To obtain a declaratory judgment Relating to any of foregoing causes of action
- ☐ 459 To determine a claim or cause of action removed to a Bankruptcy Court
- ☐ 498 Other (specify)

| ORIGIN OF PROCEEDINGS (Check one box only.) | ☐ 1 Original Proceeding | ☒ 2 Removed Proceeding | ☐ 4 Reinstated Or Reopened | ☐ 5 Transferred From Another Bankruptcy Court | ☐ Check if this is a class action under F.R.C.P. 23 |
|---|---|---|---|---|---|

| DEMAND | Nearest Thousand  $1,075,000.00 | Other Relief Sought  INJUNCTION / REPLEVIN | ☐ Jury Demand |
|---|---|---|---|

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| Name of Debtor | Bankruptcy case No. |
|---|---|
| VINCENT M. BUSCHI | Case No. 06-20701 DHS |

| District in which case is pending | Divisional Office | Name of Judge |
|---|---|---|
| NEWARK | | Judge D. Steckroth |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| Plaintiff | Defendant | Adversary Proceeding No. |
|---|---|---|
| N/A | | |

| District | Divisional Office | Name of Judge |
|---|---|---|

**FILING FEE** (Check one box only)   ☐ Fee Attached   ☐ Fee Not Required   ☐ Fee is Deferred

| Date | Print Name | Signature of Attorney (or Plaintiff) |
|---|---|---|
| 1/31/07 | PAUL J. SOLDA, ESQ | Paul Solda |